ADAM BREZINE (CA State Bar No. 220852)
*adam.brezine@hro.com*
FREEDA Y. LUGO (CA State Bar No. 244913)
*freeda.lugo@hro.com*
HOLME ROBERTS & OWEN LLP
560 Mission St. 25th Floor
San Francisco, CA  94105
415-268-2000
415-268-1999 (fax)

Attorneys for Plaintiff
Specialized Bicycle Components, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Specialized Bicycle Components, Inc.**, a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>**Maria Morales, d/b/a pitasstrata,** an individual**, Camelita James, d/b/a camelitachimbambita,** an individual**, and Does 1-5,**<br><br>                    Defendants. | CASE NO. CV 11-0265 (MEJ)<br><br>PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Initial CMC:  April 28, 2011, 10:00 a.m. |

**Plaintiff's Case Management Statement**
*Specialized Bicycle Components, Inc. v. Maria Morales, d/b/a pitasstrata, an individual, Camelita James, d/b/a camelitachimbambita, an individual, and Does 1-5*
Case No. CV 11-0265 (MEJ)

#58216 v1 saf

**Plaintiff's Brief Case Management Statement**

This is an action for trademark counterfeiting, trademark infringement, and trademark dilution arising under the Lanham Act, 15 U.S.C. § 1051, *et seq*., as well as related state law claims arising from Defendants' willful sale of counterfeit goods bearing the trademarks owned and used by Plaintiff Specialized Bicycle Components, Inc. ("Specialized").  As described more fully in the Complaint, the Defendants knowingly sold, offered for sale, or otherwise contributed to the sale of counterfeit versions of Plaintiff's cycling accessories and apparel, and are therefore liable for direct and/or contributory infringement of Plaintiff's lawfully owned trademarks.  Defendants' conduct has produced and, unless enjoined by this Court, will continue to produce a likelihood of consumer confusion and deception, to the irreparable injury of Plaintiff.

The information available to Plaintiff suggests that the names used to sell counterfeit goods are aliases.  Plaintiff is therefore currently in the process of attempting to identify and locate the Defendants to complete service of process. With this Court's permission, Plaintiff conducted early discovery in an effort to ascertain the true identity of the Defendants in this case and served a subpoena on eBay, Inc. ("eBay").  eBay has responded with some information, and Plaintiff is in the process of meeting and conferring with eBay to obtain the additional information necessary to properly identify and serve the Defendants.  Plaintiff is hopeful the information will be produced without the need for motion practice.  Under these circumstances, Plaintiff intends to seek an extension of time to complete service of process if it is not able to do so within the time limit imposed by the Federal Rules of Civil Procedure.

Based on the procedural status of this matter, Plaintiff believes it is premature to hold a full Case Management Conference at this time, or to address the various issues set forth in a standard CMC statement.  Plaintiff respectfully requests that the CMC be re-set for a date approximately 90 days from now, by which time Plaintiff believes it will have concluded its efforts to identify the Defendants in order to complete service of process.

1

**Plaintiff's Case Management Statement**
*Specialized Bicycle Components, Inc. v. Maria Morales, d/b/a pitasstrata, an individual, Camelita James, d/b/a camelitachimbambita, an individual, and Does 1-5*
Case No. CV 11-0265 (MEJ)

#58216 v1 saf

Dated:  April 21, 2011                    HOLME ROBERTS & OWEN LLP

By: /s / Adam Brezine
    Adam Brezine

    Attorneys for Plaintiff
    Specialized Bicycle Components, Inc.

The C.M.C. is CONTINUED to July 28, 2011 at 10:00 a.m.  All deadlines are adjusted accordingly.

Dated: April 21, 2011



2
**Plaintiff's Case Management Statement**
*Specialized Bicycle Components, Inc. v. Maria Morales, d/b/a pitasstrata, an individual, Camelita James, d/b/a camelitachimbambita, an individual, and Does 1-5*
Case No. CV 11-0265 (MEJ)

#58216 v1 saf